# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# DOCKET NO. 3:17-cr-293-MOC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| TIMOTHY ANTHONY MOORE, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER IS BEFORE THE COURT** on Defendant's "Motion To Seal" (Document No. 27) filed March 20, 2018. Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

The Court notes that Defendant's motion does not make the showing required by LCvR6.1 and LCrR49.1.1. Defendant also fails to show whether the required consultation with opposing counsel occurred consistent with LCvR7.1.(b). Counsel for the Defendant is directed to comply with these important Local Rules in the future in making motions to seal. In an effort to be efficient, the Court has reviewed this matter and finds that granting the motion will protect sensitive information included in the Defendant's Sentencing Memorandum.

**IT IS, THEREFORE, ORDERED** that Defendant's "Motion To Seal" (Document No. 27) is **GRANTED**, and Defendant's "Sentencing Memorandum" (Document No. 26) be sealed until further Order of this Court.

**SO ORDERED**.

Signed: March 20, 2018

David C. Keesler
United States Magistrate Judge